UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE M. RIGSBAY, | No. 2:14-cv-2813-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 29, 2015, defendant filed the administrative record and an answer to the complaint. ECF Nos. 12, 13.[1] Pursuant to the court's scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days of the date the administrative record was served or, in this instance, by June 13, 2015. ECF No. 5 at 2. As of the date of this order, plaintiff has not filed her motion for summary judgment. Accordingly, plaintiff shall show cause why sanctions should not be imposed for her failure to comply with the court's scheduling order. *See* E.D. Cal. L.R. 110 (providing that failure to comply with any court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); E.D. Cal. L.R. 183 (providing that parties appearing

---

[1] This case is before the undersigned pursuant to the consent of the parties. ECF Nos. 9, 16; *see* 28 U.S.C. § 636(c).

1

pro se are "bound by the Federal Rules of Civil or Criminal Procedure," as well as the Local Rules).

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, no later than October 21, 2015, why sanctions should not be imposed for failure to timely file a motion for summary judgment.

2. Plaintiff shall file her motion for summary judgment no later than October 21, 2015.

3. Plaintiff is admonished that failure to comply with this order will result in dismissal of this action for lack of prosecution and/or failure to comply with court orders.

DATED: October 7, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2